| | | |
|---|---|---|
| RETURN DATE: MARCH 9, 2021 | : | SUPERIOR COURT |
| MARY CIFARELLI | : | J.D. OF NEW HAVEN |
| V. | : | AT NEW HAVEN |
| WALMART INC. | : | JANUARY 22, 2021 |

## COMPLAINT

1. The defendant, Walmart Inc. is and was at all relevant times a foreign limited partnership that is and was registered and authorized to conduct business in Connecticut.

2. At all relevant times, the defendant owned, possessed, operated, maintained and/or controlled a retail grocery store known as Wal-Mart located at 315 Foxon Boulevard in New Haven, Connecticut (hereinafter "the premises").

3. On or about February 20, 2019, the plaintiff, Mary Cifarelli, was lawfully present on the premises as a business invitee and was walking in the front end of the store when she was caused to slip and fall, suddenly and without warning, on a kinked rug, as a result of which her body came into violent and forceful contact with the ground.

4. The aforementioned fall was a direct and proximate result of the negligence and carelessness of the defendant, through one or more of its agents, servants or employees, in one or more of the following ways, in that it/they:

    a. Knew or should have known of the kinked rug that caused the plaintiff to fall and failed to take reasonable measures to make the premises safe;

    b. Failed to timely and reasonably inspect the premises for defects including the kinked rug;

    c. Failed to place signage or other visible warnings to alert lawfully present persons, including the plaintiff, of the kinked rug;

    d. Failed to verbally warn the plaintiff and other lawfully present persons of the presence of the kinked rug;

    e. Failed to block off or barricade that portion of the premises that contained the kinked rug;

    f. Failed to timely or sufficiently fix the kinked rug; and

    g. Failed to take other reasonable and appropriate steps to prevent the plaintiff's injury.

5. As a direct and proximate result of the aforementioned negligence and carelessness of the defendant, through one or more of its agents, servants or employees, the plaintiff suffered the following serious and painful personal injuries, some or all of which may be permanent in nature:

    a. Left arm injury;

    b. Cervical spine injury;

    c. Thoracic spine injury;

    d. Lumbar spine injury;

    e. Headaches;

    f. Nose fracture;

    g. Cognitive impairment;

    h. Bilateral knee injury;

    i. Dizziness;

    j. Facial bruising;

    k. Associated physical pain and suffering.

6. As a direct and proximate result of the aforementioned negligence and carelessness of the defendant, through one or more of its agents, servants or employees, the plaintiff has suffered mental anguish, frustration and anxiety over the fact that she was and remains injured.

7. As a direct and proximate result of the aforementioned negligence and carelessness of the defendant, through one or more of its agents, servants or employees, the plaintiff has incurred and will continue to incur in the future expenses for medical care and treatment, including medication, x-rays, diagnostic testing, surgery and therapy, all of which has caused her and will continue to cause her financial loss and damage.

8. As a direct and proximate result of the aforementioned negligence and carelessness of the defendant, through one or more of its agents, servants or employees, the plaintiff has suffered and will continue to suffer in the future from a decrease in her capacity to engage in and enjoy life's activities as she was able to do prior to the aforementioned fall and resulting injuries.

WHEREFORE, the plaintiff claims:

1. Compensatory damages;

2. Such other relief the court deems appropriate.

                THE PLAINTIFF,

By: _____
R.J. WEBER, III, ESQ.
**Weber & Rubano, LLC**
401 Center Street
Wallingford, CT 06492
Phone: (203) 626-9172
Fax: (203) 626-9175
Juris No.: 432211

| | | |
|---|---|---|
| RETURN DATE: MARCH 9, 2021 | : | SUPERIOR COURT |
| MARY CIFARELLI | : | J.D. OF NEW HAVEN |
| V. | : | AT NEW HAVEN |
| WALMART INC. | : | JANUARY 22, 2021 |

## STATEMENT OF AMOUNT IN DEMAND

The plaintiff claims money damages in excess of $15,000.00.

THE PLAINTIFF,

By: _____
R.J. WEBER, III, ESQ.
**Weber & Rubano, LLC**
401 Center Street
Wallingford, CT 06492
Phone: (203) 626-9172
Fax: (203) 626-9175
Juris No.: 432211