| | |
|---|---|
| D.N. NNH-CV21-6111484-S | SUPERIOR COURT |
| MARY CIFARELLI | J.D. OF NEW HAVEN |
| v. | AT NEW HAVEN |
| WALMART, INC. | FEBRUARY 24, 2021 |

## NOTICE OF REMOVAL

NOW COMES defendant Walmart, Inc., by and through its undersigned counsel, and hereby provides notice that it has this date filed a petition for removal of this matter to the United States District Court, District of Connecticut. A copy of said Petition (without exhibits) is attached hereto as <u>Exhibit A</u>.

Respectfully submitted,

DEFENDANT,
WALMART, INC.

By: ___/s/ 413253_____
Michael P. Kenney, Esq.
RYAN RYAN DELUCA LLP
CityPlace II
185 Asylum Street, 6th Floor
Hartford, CT 06103
Juris No. 436612
Phone: 860-785-5150

## CERTIFICATE OF SERVICE

I hereby certify that on February 24, 2021, a copy of the above was mailed and/or e-mailed to the following counsel and pro se parties of record:

Weber & Rubano, LLC
401 Center Street
Wallingford, CT  06492
*Attorneys for the Plaintiff*

                                    */s/ 413253*
                                    Michael P. Kenney, Esq.

S:\RyanSTI0408\LIT\DOCS\path.rtf
8000.363